# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DAVID KOMATZ,

      Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

Civil Action No.: 2:21-cv-5340-MAR
Magistrate Judge Margo A. Rocconi

## ORDER AWARDING EQUAL ACCESS TO JUSTICE
## ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $3,500.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 2/03/22

_____
Hon. Margo A. Rocconi
United States Magistrate Judge